UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Frank Edwin Pate, )
)
    Plaintiff, )
)
v. ) Civil Action No. 18-cv-699 (UNA)
)
Amos Mazzant, III *et al.*, )
)
    Defendants. )

MEMORANDUM OPINION

Plaintiff, a federal prisoner, submitted a *pro se* complaint with two other prisoners. The complaints were severed and filed as three separate but related actions. One action was screened pursuant to 28 U.S.C. § 1915(e) and dismissed without prejudice. *Fry v. Kyle*, No. 18-cv-698 (UNA) (D.D.C. May 1, 2018). The plaintiff in the remaining action, *Fogle v. Walton-Pratt*, No. 18-cv-697 (TNM), avoided the court's initial screening process by paying the $400 filing fee.[1]

Invoking the Racketeer Influenced and Corrupt Organizations Act, the plaintiffs have sued the judges, Assistant United States Attorneys, Special Agents of the FBI, and witnesses involved in their cases for their alleged roles in securing the plaintiffs' convictions, and all three plaintiffs have also sued the "Attorney General of the United States, Obama Administration."[2] *See* Compl. Caption; Compl. ¶¶ 17-31 ("Predicate Acts Against Plaintiff Pate"). Although the names of the

---

[1] Unlike *in forma proceedings*, paid civil actions are assigned immediately to a district judge for further proceedings.

[2] On May 26, 2015, a jury in the U.S. District Court for the Eastern District of Texas convicted plaintiff of wire fraud and mail fraud. *See United States v. Pate*, No. 4:14-cr-00125, 2016 WL 4054912, at *4 (E.D. Tex. July 29, 2016). Plaintiff's list of defendants names nine judges, one assistant United States attorney, three FBI special agents, and one witness alleged to have committed perjury. *See* Compl. Caption and Compl. ¶ 28.

1

individual defendants may be different for each plaintiff, the reasons for dismissal under the screening provisions of 28 U.S.C. § 1915(e) and § 1915(A) (for prisoner actions such as this) are the same. Therefore, this case will be dismissed for the reasons set out in the Memorandum Opinion issued in *Fry*, which is attached to the separately filed order of dismissal.

Date: July 11, 2018

AMY BERMAN JACKSON
United States District Judge